IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARON L. J.,                    )
                                 )
         Plaintiff,              )
    v.                           )          1:22CV780
                                 )
KILOLO KIJAKAZI, ACTING          )
COMMISSIONER OF SOCIAL           )
SECURITY,                        )
                                 )
         Defendant.               )

## ORDER

The Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 12, 2023, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the Commissioner's decision finding no disability be VACATED, and the matter be REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, to include (1) re-evaluation of the opinions of PA Bowen and the state agency medical consultants, and (2) redetermination of Plaintiff's RFC in light of the re-evaluation of the opinion evidence.

/s/   Thomas D. Schroeder
                                       United States District Judge

November 8, 2023